1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

8

**DISTRICT OF NEVADA**

9

10 | ARIANA MASON, | ) | Case No. 2:15-cv-00738-JCM-NJK
| | )
11 | Plaintiff(s), | ) | ORDER
| | )
12 | vs. | )
| | )
13 | LAS VEGAS METROPOLITAN POLICE | )
| DEPARTMENT, et al., | )
14 | | )
| Defendant(s). | )
15 |_____| )

16      The parties were ordered to file a joint proposed pretrial order by March 26, 2017.  Docket No.

17 28.  The parties failed to do so.  The parties are hereby **ORDERED** to file a joint proposed pretrial order

18 by April 6, 2017.  Failure to comply with this order may result in the imposition of sanctions.

19      IT IS SO ORDERED.

20      DATED: March 30, 2017

21      _____
NANCY J. KOPPE
22      United States Magistrate Judge

23
24
25
26
27
28