# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ARIANA MASON, | Case No. 2:15-cv-00738-JCM-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al., | |
| Defendant(s). | |

A settlement conference is set in this case for July 11, 2017. Docket No. 35. The Court hereby **SETS** a telephonic hearing to discuss whether the settlement conference should proceed as scheduled in light of the current procedural posture of this case. *See* Docket No. 39 (stipulation for dismissal to allow for appeal). The hearing shall take place at <u>1:30 p.m.</u> on <u>July 10, 2017</u>. Counsel shall appear telephonically by calling the Court conference line at 877-402-9757 at least five minutes prior to the hearing. The conference code is 6791056. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

IT IS SO ORDERED.

DATED: July 7, 2017

_____
Nancy J. Koppe
United States Magistrate Judge