E. BRENT BRYSON, P.C.
E. Brent Bryson, Esq.
Nevada Bar No. 4933
7730 West Sahara Ave., Suite 109
Las Vegas, Nevada 89117
ebbesqltd@yahoo.com
(702) 364-1234 PHONE
(702) 364-1442 FAX
*Attorney for Plaintiff Ariana Mason*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ARIANA MASON,<br><br>          Plaintiff,<br><br>vs.<br><br>OFFICER S. IZZO, in his individual and official capacity; LAS VEGAS METROPOLITAN POLICE DEPARTMENT; DOE OFFICERS I through X inclusive; and ROES XI through XX, inclusive,<br><br>          Defendants. | Case No. 2:15-cv-00738 |

## **STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED between Plaintiff, ARIANA MASON by and through her counsel E. Brent Bryson, Esq., of E. Brent Bryson, P.C. and Defendants, OFFICER SHAWN IZZO and the LAS VEGAS METROPOLITAN POLICE DEPARTMENT by and through their counsel Craig Anderson, Esq., of Marquis Aurbach Coffing as follows:

That Plaintiff's state law claims for negligence, intentional infliction of emotional distress and battery are hereby dismissed with prejudice pursuant to Stipulation by the parties pursuant to F.R.C.P. 41(a)(1)(A)(ii).

\ \ \

\ \ \

It is expressly understood that this Dismissal shall not operate as a bar by way of collective estoppel or res ajudicata or by adjudication on the merits to Plaintiff's Federal Causes of Action should the Ninth Circuit Court of Appeals reverse this Courts Order dismissing Plaintiff's Federal Causes of Action by way of Summary Judgment (DOC 26).

It is further understood by and between the parties that this dismissal is being executed by the parties with the understanding that Plaintiff intends to Appeal this Courts Order dismissing Plaintiff's Federal Causes of Action (DOC 26) to the Ninth Circuit Court of Appeals.

It is further understood and agreed by the parties that this Stipulation and Order shall operate as a final Order adjudicating all of Plaintiff's claims, thus commencing the time as and for Plaintiff to Appeal this Courts Order dismissing Plaintiff's Federal Causes of Action (DOC 26).

It is further understood and agreed by the parties that in the event this Court will not enter an Order in conformity with this Stipulation, then this Stipulation shall be deemed withdrawn by all parties.

DATED this 5th day of July, 2017.

| E. BRENT BRYSON, P.C. | MARQUIS AURBACH & COFFING |
|---|---|
| By  /s/  E. Brent Bryson<br>E. BRENT BRYSON, ESQ.<br>Nevada Bar No. 4933<br>7730 West Sahara Ave., Suite 109<br>Las Vegas, Nevada 89117<br>Attorney for Plaintiff | By  /s/  Craig Anderson<br>CRAIG ANDERSON, ESQ.<br>Nevada Bar No. 6882<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>Attorney for Defendants |

DATED July 13, 2017

_____
UNITED STATES DISTRICT JUDGE